plaintiff greater relief than she is entitled to, the evidence is so unsatisfactory and uncertain, and the confused state of the record leaves it in doubt as to whether plaintiff has established her case by a fair preponderance of the evidence, the judgment cannot be permitted to stand. See, also, 163 App. Div. 869, 147 N. Y. Supp. 1127; 150 N. Y. Supp. 1097.

MERCHANT, Respondent, v. RYALL et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Metta F. Merchant against George M. Ryall and others. No opinion. Motion for reargument (150 N. Y. Supp. 1096) denied, without costs. Defendant Ryall's motion for judgment dismissing the complaint denied, without costs.

MESSMER v. HENRY W. BOETTGER SILK FINISHING CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by William Messmer against Henry W. Boettger Silk Finishing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 160 App. Div. 519, 145 N. Y. Supp. 560.

METROPOLITAN LIFE INS. CO. v. HYDREX FELT & ENGINEERING CO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Metropolitan Life Insurance Company against the Hydrex Felt & Engineering Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1097.

MEYERHOEFER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Frank Meyerhoefer against the Brooklyn Heights Railroad Company. No opinon. Judgment and order unanimously affirmed, with costs.

MIDTOWN CONTRACTING CO., Appellant, v. GOLDSTICKER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Midtown Contracting Company against Louis Goldsticker and another. G. Hahn, of New York City, for appellant. W. Goldsticker, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1097.

MIDWOOD PARK CO., Respondent, v. AMERICAN SURETY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by the Midwood Park Company against the American Surety Company of New York.

PER CURIAM. Judgment modified, by deducting therefrom the extra allowance of $2,000, and, as so modified, judgment and order affirmed, without costs.

CARR, J., not voting.

In re MILLER. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Max Miller. No opinion. Referee's report approved. Settle order on notice.

MILLER, Appellant, v. HARVEY, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Charles E. Miller against George Harvey. W. F. Goldbeck, of New York City, for appellant. A. S. Andrews, of New York City, for respondent. No opinion. Determination (83 Misc. Rep. 59, 144 N. Y. Supp. 624) affirmed, with costs, on opinion of PAGE, J. Order filed.

MINICH, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Action by Sadie E. Minich against the International Railway Company. No opinion. Motion to dismiss appeal granted, unless appellant serve brief in typewritten form, and be ready to argue the appeal on December 3d, and pay to respondent's attorney $10. See, also, 148 N. Y. Supp. 1131.

MOFFETT v. EAMES. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by James Moffett against Harris G. Eames, as trustee, etc.

PER CURIAM. Order (143 N. Y. Supp. 357) affirmed, with $10 costs and disbursements.

CARR, J., not voting.

MOFFETT, Appellant, v. PIEL, Respondent. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by James Moffett against Gottfried Piel, as executor, etc., of Hermann Peterson, deceased.

PER CURIAM. Judgment affirmed, with costs.

CARR, J., not voting.

MOLLER, Appellant, v. SOMMER, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Charles G. Moller against Jane Sommer, etc. H. Cabell, of New York City, for appellant. A. B. Boardman, of New York City, for respondent. No opinion. Judgment (86 Misc. Rep. 110, 149 N. Y. Supp. 103) affirmed, with costs. Order filed.

MOONEY, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Michael J. Mooney against Charles O. Baumann. No opinion. Order unanimously affirmed, with costs.

MOORE, Respondent, v. ATLANTIC BEACH REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Theodore R. Moore against the Atlantic Beach Realty Company. No opinion. Order affirmed, with $10 costs and disbursements.